UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL LEGARE,<br><br>Plaintiff,<br><br>v.<br><br>E. BURDEN, et al.,<br><br>Defendants. | Case No. 1:19-cv-01375-EPG (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXEMPTION OF E-FILING COMPLAINT WITH REQUEST FOR CLERK TO FILE COMPLAINT FOR ASSIGNMENT, SCREENING AND OTHER RELATED PROCEEDINGS<br><br>(ECF NO. 2) |

Jason Legare ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on October 1, 2019. (ECF No. 1). On that same day Plaintiff filed a motion for an exemption of e-filing complaint with request for Clerk of Court to file complaint for assignment, screening and other related proceedings. (ECF No. 2).

Plaintiff's complaint has been filed and assigned to the undersigned for screening and related proceedings.[1] Accordingly, IT IS ORDERED that Plaintiff's motion (ECF No. 2) is DENIED as moot.[2]

IT IS SO ORDERED.

Dated: **October 3, 2019**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] A district judge will likely be assigned at a later date.
[2] The Court will address Plaintiff's application to proceed in forma pauperis in a separate order.

1