UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL LEGARE,<br><br>            Plaintiff,<br><br>    v.<br><br>E. BURDEN, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01375-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEVER<br><br>ORDER SEVERING CLAIMS AND DIRECTING CLERK TO OPEN NEW ACTION BASED ON LODGED COMPLAINT (ECF NO. 16) |

Jason Legare ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 21, 2020, the Court screened Plaintiff's complaint. (ECF No. 11). In the screening order, the Court informed Plaintiff that "Plaintiff's claim against defendant Burden has no relation to the other claims in this case." (Id. at 5). The Court gave Plaintiff leave to amend, and informed Plaintiff that "[i]n the amended complaint, Plaintiff should pick a claim to proceed on. He may also proceed on related claims in compliance with Federal Rules of Civil Procedure 18 and 20. As to his unrelated claims, if Plaintiff wishes to proceed on those claims he should file separate action(s)." (Id.).

On May 18, 2020, Plaintiff filed a First Amended Complaint. (ECF No. 15). On May 27, 2020, Plaintiff lodged an Amended Complaint. (ECF No. 16). Plaintiff asks for his claims be severed, and for the Court to assign a new case number to the lodged Amended Complaint.

Federal Rule of Civil Procedure 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party.  The court may also sever any claim against a party."  Fed. R. Civ. P. 21.  Courts have broad discretion regarding severance.  See, e.g., Coleman v. Quaker Oats Co., 232 F.3d 1271, 1296-97 (9th Cir. 2000); Maddox v. County of Sacramento, 2006 WL 3201078, *2 (E.D. Cal. Nov. 6, 2006).

As Plaintiff appears to be attempting to comply with the Court's screening order, the Court will grant Plaintiff's request.

Accordingly IT IS ORDERED that the Clerk of Court is directed to: 1) Open a new § 1983 action for Plaintiff; 2) File and docket a copy of this order and Plaintiff's Lodged Amended Complaint (ECF No. 16) in the new action; and 3) Provide Plaintiff with the case number for the newly opened action.

IT IS SO ORDERED.

Dated:   **May 29, 2020**                                    /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE