UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL LEGARE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. BURDEN, et al.,<br><br>        Defendants | CASE NO. 1:19-cv-01375-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. No. 18) |

    Jason Legare is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On August 6, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed for failure to state a claim," and that "[t]he Clerk of Court be directed to close the case." Doc. No. 18 at 11.

    Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on December 8, 2020. Doc. No. 25.

    In accordance with the provisions of § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on August 6, 2020 (Doc. No. 18), are ADOPTED in full;

2. This action is DISMISSED for failure to state a claim; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: January 5, 2021

_____
SENIOR DISTRICT JUDGE